UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV25-11942-MWC-AS | | Date | April 21, 2026 |
|---|---|---|---|---|
| Title | Miriam Maldonado v. Ben Bautista and Associates, Inc., et al. | | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE JS-6**

An Order re Default of Defendant Benjamin Bautista was issued by the Court on March 18, 2026 (Dkt. 21), directing Plaintiff to file a motion for default judgment or, other appropriate dispositive motion on or before April 18, 2026. No response has been provided by Plaintiff. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**Initials of Preparer**   ___:___
TJ

**CIVIL MINUTES –
ORDER OF DISMISSAL**